IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| NATHANIEL COLEMAN | : | No. 12-295-1 |

## ORDER

**AND NOW**, this 9th day of October, 2020, upon consideration of Nathaniel Coleman's *pro se* Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 172), the Government's Response in Opposition (Doc. No. 174), and Nathaniel Coleman's Response to the Government's Response (Doc. No. 175), it is **ORDERED** that the Motion (Doc. No. 172) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1